UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

AGFAPHOTO USA CORPORATION,

                  Plaintiff,

-against-

THE WALGREEN COMPANY,

                  Defendant.

-----------------------------------------------------------X

**STIPULATION**
**OF DISCONTINUANCE**

**07-5684 (PGS)**

**ECF**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated: New York, New York
       May 16, 2008

_____
ELYSE TISH
Attorney for Defendant
THE WALGREEN COMPANY
104 Wilmot Road
MS1425
Deerfield, IL 60015
(847) 315-4598

McLAUGHLIN & STERN

By _____
STEVEN J. HYMAN (SH 2097)
Attorneys for Plaintiff
260 Madison Avenue
New York, NY 10016
(212) 448-1100

SO ORDERED:

_____
USDCJ